UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEROME L. WEATHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-00410-TWP-TAB |
| | ) |
| CAROLYN COLVIN, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Having this day affirmed the decision of the Commissioner of the Social Security Administration, the Court now enters JUDGMENT in favor of Defendant and against the Plaintiff.

SO ORDERED:

Dated: 09/20/2013

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

2

DISTRIBUTION:

Jennifer L. Risk
BINDER AND BINDER, PC
fedcourt@binderandbinder.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov